### GARRETT *v.* McINTOSH.

SIMMONS, C. J. The magistrate's answer to the writ of certiorari sued out in the present case did not verify the statement in the plaintiff's petition that a verdict and judgment were rendered against him in the court in which the case originated, or disclose what disposition (if any) was made of the case in that court. The judge of the superior court had, therefore, no jurisdiction to sustain the certiorari. *Stoner* v. *Magins,* 116 *Ga.* 797, this term.

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., absent.*

116　911
Case 1
124 1003

116　911
125　239

Submitted December 17, 1902.—Decided January 9, 1903.

Certiorari. Before Judge Spence. Brooks superior court. May 5, 1902.

*W. C. McCall* and *J. D. Wade Jr.,* for plaintiff in error.